IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                  Case No.: 4:19cr57-MW/MAL

DISHAY HENDERSON,

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 145. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 145, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 131, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on February 21, 2025.**

                                              **s/Mark E. Walker**
                                              **Chief United States District Judge**