IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 4:19cr57-MW/MAL

DISHAY HENDERSON,

    *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 145, and has also reviewed *de novo* Defendant's objections, ECF No. 170. Defendant objects to the Magistrate Judge's recommendations regarding several grounds for relief addressed in his *pro se* motion to vacate, set aside, or correct sentence—namely, the recommendations as they pertain to Defendant's claims that (1) trial and appellate counsel were ineffective for not challenging the constructive amendment of the indictment with respect to "coercion," (2) Defendant's superseding indictment was multiplicitous, (3) the jury instructions for Count Three improperly omitted an essential element with respect to a "venture," (4) trial counsel was ineffective for failing to object to the use of "and" in the jury instructions for Counts Two and Three, (5) trial counsel was ineffective for failing to investigate H.B.'s background and challenging the Government's testimony concerning H.B. being a runaway or missing person, (6)

trial counsel was ineffective for not challenging the fact that no victim was named in Count Three, and (7) that counsel was ineffective for failing to request a competency hearing for Defendant. However, none of Defendant's objections are meritorious. Having reviewed Defendant's lengthy objections, this Court agrees with the Magistrate Judge's report and recommendation as to each of the grounds at issue.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 145, is **accepted and adopted**, over the Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 131, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on June 13, 2025.**

s/Mark E. Walker
**Chief United States District Judge**